# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES G. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-CV-590-GKF-tlw |
| TRANSWOOD INC., | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the court's order granting summary judgment in favor of defendant TransWood Inc. on the age discrimination claim of plaintiff James G. Campbell and on TransWood's affirmative defenses regarding emotional distress and punitive damages, and denying summary judgment in favor of TransWood Inc. on its affirmative defense of failure to mitigate damages, it is ordered that plaintiff James G. Campbell recover nothing, and the action be dismissed on the merits.

ENTERED this 11th day of May, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT